**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDRE VESSELS,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | **NO. 13-3762** |
| **JOHN E. WETZEL, et al.** | : | |
| **Respondents.** | : | |

## O R D E R

    **AND NOW**, this 14th day of January, 2014, having considered the Revised Petition for Writ of *Habeas Corpus* filed by Petitioner Andre Vessels (Docket No. 3), the Response to the Petition (Docket No. 7), and U.S. Magistrate Judge Henry S. Perkin's Report & Recommendations (Docket No. 8), it is hereby **ORDERED** that:

1.    The Report & Recommendations are **APPROVED** and **ADOPTED**.[1]

2.    The Petition for a Writ of Habeas Corpus is placed in suspense until the conclusion of the state appellate proceedings.

3.    Petitioner and Respondents shall notify the court within thirty days of the conclusion of the state proceedings so the habeas petition may proceed in this court.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1]    No objections were filed to Magistrate Judge Perkin's Report & Recommendations, and the time for objections expired on January 2, 2014.